JUSTICE WARNER
specially concurring.
¶21 I concur with the opinion of the Court. I must respectfully disagree with the concurrence of Justice Leaphart. While what was shown on the PSAT screen was within the officer’s personal knowledge, and thus satisfies the requirement of M. R. Evid. 602 that a witness may testify to those things within his personal knowledge, Rule 602 is expressly made subject to the requirements of M. R. Evid. 703, concerning the basis of an expert’s knowledge and opinion. Thus, in order for the officer to testify as to the actual number shown on the PSAT screen, a proper foundation would be required.
¶22 Without a proper foundation, the number is inadmissible to prove its veracity. The number has no relevance other than its veracity, as it tends to prove nothing other than blood alcohol content. M. R. Evid. 401. It follows that, unless the proper foundation is laid and the PSAT is admitted into evidence, there is no legitimate argument that can be made using the number shown on the screen.